UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kelly Neumann,

Plaintiff,

AT & T Communications., a Delaware corporation, and Gates McDonald, Co., an Ohio corporation,

Defendants.

Court File No. 01-2339 MJD/JGL

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER**

---

**STIPULATION**

It is hereby stipulated and agreed by Plaintiff Kelly Neumann and Defendant Gates McDonald Company through their respective counsel, that the time for Gates McDonald Company to respond to the Complaint be extended to and include April 12, 2002. It is further stipulated and agreed that Defendant Gates McDonald Company may file this stipulation and proposed order, along with a motion for the stipulated extension of time, with the District Court without notice.

Dated: March 14, 2002.

**KAMPMEYER, KRONSCHNABEL, BADER & DALY**

By: ______________________
Michael M. Bader (#120583)
Attorneys for Plaintiff
386 North Wabasha Street, Suite 1500
Saint Paul, Minnesota 55102
(651) 222-5000

ATTORNEYS FOR PLAINTIFF

MAR 25 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 14, 2002

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

By: ______________________________

Rolf E. Gilbertson (#34769)
33 South Sixth Street
City Center - Suite 4400
Minneapolis, MN 55402
Telephone: (612) 339-2020

ATTORNEYS FOR GATES McDONALD COMPANY

**ORDER**

Based on the Stipulation of the parties,

IT IS ORDERED, that the time for Defendant Gates McDonald Company to respond to the Complaint of Plaintiff be extended to and include April 12, 2002.

Dated: March 25, 2002.

______________________________
Jonathan G. Lebedoff
United States Magistrate Judge

249521.1