AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Kelly Neumann

V.

AT&T Communications, Inc., a Delaware Corporation and Gates McDonald Co., an Ohio Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2339 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant AT&T's motion for summary judgment on Nuemann's federal claims is GRANTED;
2. Defendant Gates McDonald's motion for summary judgment on Neumann's federal claims is GRANTED;
3. Neumann's claims against Gates McDonald for violation of MN Statutes 176.82, subdivision1 is DISMISSED.

May 8 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk

Modified:03/10/03