01-1551 PAM/JGL
01-2339 PAM/RLE

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-2569

Kelly Renee Neumann, *
*
Appellant, *
*
v. *
*
AT&T Communications, Inc., *
*
Appellee. *

No. 03-2570

Appeals from the United States District Court for the District of Minnesota.

Kelly Renee Neumann, *
*
Appellant, *
*
v. *
*
AT&T Communications, Inc., *
a Delaware Corporation; Gates *
McDonald Co., an Ohio Corporation, *
*
Appellees. *

SCANNED
SEP 30 2004
U.S. DISTRICT COURT MPLS

**JUDGMENT**

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 6, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans